## Cal. Civ. Code 1780(d) Affidavit

1. My residence is in San Mateo County, California.

2. The nearest court where my TCPA and CLRA claims could both be heard is the Northern District of California in San Francisco, California.

3. Therefore, this court is the proper place for the trial of the action.

4. I declare that the foregoing is true and correct under the laws of the State of California and the United States of America.

DATED: 11/6/2019

By: *Allison Javitch*
743147DAB35940A...
ALLISON JAVITCH
*Plaintiff*