Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLISON L. JAVITCH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SILVERLINE HOME REMODELING INC., et. al.<br><br>　　　　　Defendants. | Case No.: 4:19-cv-04794-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF SILVERLINE HOME REMODELING, INC.** |

　　　Plaintiff ALLISON L. JAVITCH, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing only DEFENDANT SILVERLINE HOME REMODELING, INC., with prejudice, with each side bearing its own costs and attorney's fees.

Dated: January 13, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　/s/ Mark L. Javitch　　　　.
　　　　　　　　　　　　　　　　　　　Mark L. Javitch (SBN 323729)
　　　　　　　　　　　　　　　　　　　Javitch Law Office

1

4:19-cv-04794-JST

480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
ALLISON L. JAVITCH