Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLISON JAVITCH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SILVERLINE HOME REMODELING, INC, et. al.<br><br>　　　　　　Defendants. | Case No.: 4:19-cv-04794-JST<br><br>**STIPULATION OF DISMISSAL** |

　　Now Comes Plaintiff ALLISON JAVITCH and Defendant SIMPLY SOLAR, a California Corporation, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), who hereby stipulate to the voluntary dismissal without prejudice of all claims, with each side bearing its own costs and attorney's fees.  The dismissal shall convert to a dismissal with prejudice after 90 (ninety) days.

Dated: May 13, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Mark L. Javitch*
　　　　　　　　　　　　　　　　　　　　　　　　Mark L. Javitch (CA SBN 323729)

1

4:19-cv-04794-JST

| | |
|---|---|
| 1 | Javitch Law Office |
| 2 | 480 S. Ellsworth Ave. |
|   | San Mateo, CA 94401 |
| 3 | Telephone: 650-781-8000 |
|   | Facsimile: 650-648-0705 |
| 4 | mark@javitchlawoffice.com |
| 5 | *Attorney for Plaintiff* |
| 6 | LUCAS VALLEY LAW |
| 7 | By: */s/ Mark K. de Langis* |
| 8 | Mark K. de Langis |
| 9 | ATTORNEYS FOR DEFENDANT |
|   | SIMPLY SOLAR |

2

**Local Rule 5-1(i)(3) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-1(i)(3) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: May 13, 2020

By: /s/ Mark L. Javitch