Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLISON JAVITCH,<br><br>                Plaintiff,<br><br>v.<br><br>SILVERLINE HOME REMODELING, INC, et. al.<br><br>                Defendants. | Case No.: 4:19-cv-04794-JST<br><br>**STIPULATION OF DISMISSAL** |

Now Comes Plaintiff ALLISON JAVITCH and Defendant EQUISOLAR, INC., a California Corporation, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal with prejudice of all claims, with each side bearing its own costs and attorney's fees.

Dated: August 13, 2020                              Respectfully submitted,

                                                                     By: /s/ *Mark L. Javitch*
                                                                     Mark L. Javitch (CA SBN 323729)
                                                                     Javitch Law Office
                                                                     480 S. Ellsworth Ave.

San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

LEPERA + ASSOCIATES, PC

By: */s/ Patrick A. Hormillosa*
Patrick Hormillosa

ATTORNEYS FOR DEFENDANT
EQUISOLAR, INC

**Local Rule 5-1(i)(3) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-1(i)(3) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: August 13, 2020

By: /s/ Mark L. Javitch